**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Alexander Michael ROY, Defendant–
Appellant.**

No. 12–15093.

United States Court of Appeals,
Eleventh Circuit.

Sept. 3, 2014.

Jonathan Colan, James Vincent Hayes, Anne Ruth Schultz, Wifredo A. Ferrer, Kathleen Mary Salyer, Miami, FL, Carmen M. Lineberger, Fort Pierce, FL, for Plaintiff–Appellee.

Paul Michael Rashkind, Michael Caruso, Federal Public Defender, Miami, FL, Alexander Michael Roy, Tucson, AZ, for Defendant–Appellant.

---

**28.** Other arguments raised by the parties are    rejected without need for discussion.

Before ED CARNES, Chief Judge, TJOFLAT, HULL, MARCUS, WILSON, PRYOR, MARTIN, JORDAN, ROSENBAUM, and JULIE CARNES, Circuit Judges.

BY THE COURT:

A member of this Court in active service having requested a poll on whether this case should be reheard by the Court sitting en banc, and a majority of the judges of this Court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this Court en banc. The previous panel's opinion is hereby VACATED.